■ In the Matter of JOSELYN S. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LIZZETH E., Appellant. [18 NYS3d 557]—Appeal from an order of fact-finding of the Family Court, Suffolk County (Theresa Whelan, J.), dated July 24, 2014. The order, after a fact-finding hearing, found that the mother neglected the subject child.

Ordered that the order of fact-finding is affirmed, without costs or disbursements.

" 'To establish neglect pursuant to section 1012 (f) (i) (B) of the Family Court Act, the petitioner must prove, by a preponderance of the evidence, that (1) the child's physical, mental, or emotional condition has been impaired, or is in imminent danger of becoming impaired, and (2) the actual or threatened harm to the child is due to the failure of the parent or caretaker to exercise a minimum degree of care in providing the child with proper supervision or guardianship' " (*Matter of Michael G.C. [Michael C.]*, 103 AD3d 890, 891 [2013], quoting *Matter of Kiara C. [David C.]*, 85 AD3d 1025, 1025-1026 [2011]; *see Nicholson v Scoppetta*, 3 NY3d 357 [2004]). " 'The Family Court's determination regarding the credibility of witnesses is entitled to great weight on appeal unless clearly unsupported by the record' " (*Matter of Denis F., Jr. [Denis F., Sr.]*, 112 AD3d 626, 627 [2013], quoting *Matter of Christiana C. [Carleton C.]*, 86 AD3d 606, 607 [2011]). Under the facts of this case, the Family Court's finding that the mother neglected the subject child was supported by a preponderance of the evidence. Dillon, J.P., Sgroi, Cohen and LaSalle, JJ., concur.